**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ERICA AMANN | : | CASE NO. 1:20-cv-180 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| LOW VA RATES, LLC | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT OF DEFENDANT** |
| Defendant. | : | **LOW VA RATES, LLC** |

Pursuant to the Corporate Disclosure Statement provision in Local Civil Rule 7.1.1: any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary, and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant Low VA Rates, LLC**

1. Is said party a parent, subsidiary, or other affiliate of a publicly owned corporation?

 _____ Yes       \_\_X\_\_ No

 If the answer is Yes, list below the identity of the parent, subsidiary, or other affiliate corporation and the relationship between it and the name party: N/A

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

       Yes     X    No

If the answer is YES, list the identity of such corporation and the nature of the financial interest. N/A

Respectfully submitted,

*/s/ Carolyn A. Taggart*
Carolyn A. Taggart (0027107)
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202-5118
Phone: (513) 369-4231
Fax: (513) 421-0991
Email: ctaggart@porterwright.com

Michael Y. Kieval (*pro hac vice*)
Joseph M. Katz (*pro hac vice*)
WEINER BRODSKY KIDER PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
Phone: (202) 628-2000
Fax: (202) 628-2011
Email: kieval@thewbkfirm.com
Email: katz@thewbkfirm.com

*Counsel for Defendant Low VA Rates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020 a copy of the foregoing was filed electronically with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Carolyn A. Taggart*
Carolyn A Taggart

13341293v1