UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Erica Amann,

    Plaintiff,

        v.                                        Case No.   1:20cv180

Low VA Rates, LLC,                       Judge Michael R. Barrett

    Defendant.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 28, 2020. (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 18) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Defendant's Motion to Dismiss (Doc. 10) is **GRANTED**. Plaintiff's request for attorney's fees is **STRICKEN** and Count II of the Complaint (Doc. 1) is **DISMISSED**.

    **IT IS SO ORDERED.**

                                                     /s Michael R. Barrett
                                                     Michael R. Barrett, Judge
                                                     United States District Court