# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| ERICA AMANN, | : |
| | : |
| Plaintiff, | : CASE NO. 1:20-cv-00180 (MRB) (KLL) |
| | : |
| v. | : Judge Michael R. Barrett |
| | : Magistrate Judge Karen L. Litkovitz |
| LOW VA RATES, LLC, | : |
| | : **STIPULATION OF DISMISSAL** |
| Defendant. | : **WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Erica Amann and Defendant Low VA Rates, LLC, by and through undersigned counsel, hereby stipulate to the dismissal of this action, with each party to bear its own attorney's fees and costs. Dismissal is with prejudice as to Plaintiff's individual claims.

Dated: February 19, 2021

By: /s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Brian T. Giles (0072806)
The Law Offices of Brian T. Giles LLC
1470 Apple Hill Rd.
Cincinnati, Ohio 45230
Telephone: (513) 379-2715
Brian@GilesFirm.com

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1072 Madison Ave. #1
Lakewood, NJ 08701

        Telephone: (877) 333-9427
        Facsimile: (888) 498-8946

        *Attorneys for Plaintiff*


        */s/ Carolyn A. Taggert*
        Carolyn A. Taggart (0027107)
        Porter Wright Morris & Arthur LLP
        250 East Fifth Street, Suite 2200
        Cincinnati, Ohio 45202-5118
        Phone: (513) 369-4231
        Fax: (513) 421-0991
        Email: ctaggart@porterwright.com


        Michael Y. Kieval (*pro hac vice*)
        Joseph M. Katz (*pro hac vice*)
        WEINER BRODSKY KIDER PC
        1300 19th Street, NW, Fifth Floor
        Washington, DC 20036
        Phone: (202) 628-2000
        Fax: (202) 628-2011
        Email: kieval@thewbkfirm.com
        Email: katz@thewbkfirm.com
        *Attorneys for Defendant*